# EXHIBIT 4



**CERTIFICATE OF OWNERSHIP**

**Full Name:** ███████

**Serial Number:** 7234669

**Model:** 6719/34

**RT Code:** RT 5B578B706117B4.69105577

**Date:** 2018-07-24

ROLEXtracker.com