UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
     :
ROLEX WATCH USA, INC.,      :
     :
                   Plaintiff,      :     18-CV-11138 (JMF)
     :
        -v-     :     <u>ORDER SCHEDULING</u>
     :     <u>DEFAULT JUDGMENT</u>
JOSE GALLARRETA, et al.,      :     <u>BRIEFING AND SHOW</u>
     :     <u>CAUSE HEARING</u>
               Defendants.      :
     :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 29, 2018, Plaintiffs filed its Complaint with the Court.  *See* Docket No. 1.  Defendant Gallarreta ("Defendant") was served with the Complaint on February 25, 2019, and proof of service was filed with the Court.  *See* Docket Nos. 18, 19.  To date, Defendant has neither answered the Complaint, nor otherwise appeared in this action.  In light of the foregoing, it is hereby ORDERED that any motion for default judgment shall be filed, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at http://nysd.uscourts.gov/judge/Furman), no later than **April 18, 2019**.  Defendant shall file any opposition to the motion for default judgment no later than **April 25, 2019**.

       If a motion for default judgment is filed, it is further ORDERED that Defendant appear and show cause before this Court, Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, on **May 2, 2019,** at **4:15 p.m.** (the time currently scheduled for the initial pretrial conference, *see* Docket No. 17), why an order should not be issued granting a default judgment against Defendant.  Prior to that date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

       In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant.  That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of November 30, 2018, including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference.  *See* Docket No. 10.

       It is further ORDERED that Plaintiff serve Defendant via overnight courier (1) with a copy of this Order within **one business day of the date of this Order**; and (2) with a copy of the motion for default judgment and all supporting papers within **one business day** of the date of

any such motion.  In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

    Finally, it is ORDERED that the initial pretrial conference previously scheduled for May 2, 2019 is adjourned *sine die*, as it is replaced by the default judgment hearing.

    SO ORDERED.

Dated: March 29, 2019  
       New York, New York  
                                                      JESSE M. FURMAN  
                                              United States District Judge